UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: Karen Cowling            CASE NO: 13-42281-KW-13

NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS FROM
CHAPTER 13 TRUSTEES

      Exeter Finance Corporation hereby gives notice that all presently held or future payments to the Creditor for the Court claim number(s) 1 from the Chapter 13 Trustee should be sent to the following address:

**OLD:**
Exeter Finance Corporation
P.O. Box 166008
Irving, TX 75016

**NEW:**
Exeter Finance Corporation
P.O. Box 167399
Irving, TX 75016

 /s/ Marian Garza
Representative of
AIS Data Services, Servicer for
Exeter Finance Corporation